APRIL 24, 1950.

*Per Curiam Decisions.*

No. 490. UNITED STATES *v.* COTTON VALLEY OPERATORS COMMITTEE ET AL. Appeal from the United States District Court for the Western District of Louisiana. Argued April 18, 1950. Decided April 24, 1950. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Assistant Attorney General Bergson* argued the cause for the United States. With him on the brief were *Solicitor General Perlman, Charles H. Weston, Stanley M. Silverberg* and *Richard E. Guggenheim. Arthur O'Quin* argued the cause for the Ohio Oil Co. et al., appellees. With him on the brief were *Charles D. Egan, David E. Smitherman, John M. Madison, W. Scott Wilkinson, H. F. Aby, Leslie Moses, A. M. Gee, C. F. Currier* and *Leòn O'Quin. Charles L. Black* argued the cause for the Stanolind Oil & Gas Co. et al., appellees. With him on the brief were *Donald Campbell, W. W. Heard* and *Dan Moody. Chas. B. Wallace, Walace Hawkins* and *Earl A. Brown* submitted on brief for the Magnolia Petroleum Co., appellee.

No. 725. TEDESCO *v.* BOARD OF SUPERVISORS OF ELECTIONS FOR THE PARISH OF ORLEANS ET AL. Appeal from the Court of Appeal for the Parish of Orleans, Louisiana. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *George A. Dreyfous* for appellant. *Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, *Wm. A. Porteous, Jr.,* Second Assistant Attorney General, and *Chas. J. Rivet* for appellees.

